| | |
|---|---|
| 1 | Robert A. Sacks (SBN 150146) |
|   | sacksr@sullcrom.com |
| 2 | Brian R. England (SBN 211335) |
|   | englandb@sullcrom.com |
| 3 | Edward E. Johnson (SBN 241065) |
|   | johnsonee@sullcrom.com |
| 4 | SULLIVAN & CROMWELL LLP |
|   | 1888 Century Park East, Suite 2100 |
| 5 | Los Angeles, California 90067-1725 |
|   | Tel.: (310) 712-6600 |
| 6 | Fax: (310) 712-8800 |
| 7 | Frank L. Bernstein (SBN 189504) |
|   | fbernstein@kenyon.com |
| 8 | KENYON & KENYON LLP |
|   | 1801 Page Mill Road, Suite 210 |
| 9 | Palo Alto, California 94304-1216 |
|   | Tel.:   (650) 384-4700 |
| 10 | Fax:   (650) 384-4701 |

*Attorneys for Defendants j2 Global, Inc. and Advanced Messaging Technologies, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | | |
|---|---|---|
| INTEGRATED GLOBAL CONCEPTS, INC. | ) | Case No. CV12-3434 RMW |
| Plaintiff, | ) | **DECLARATION OF EDWARD E. JOHNSON IN SUPPORT OF DEFENDANTS J2 GLOBAL, INC. AND ADVANCED MESSAGING TECHNOLOGIES, INC.'S MOTION TO DISMISS PURSUANT TO RULE 12(B)(6) OR, IN THE ALTERNATIVE, TO TRANSFER VENUE** |
| v. | ) | |
| J2 GLOBAL, INC. and ADVANCED MESSAGING TECHNOLOGIES, INC. | ) | |
| Defendants, | ) | Date: October 26, 2012 |
|  | ) | Time: 9:00 a.m. |
|  | ) | Place: Courtroom 6 |

# DECLARATION OF EDWARD E. JOHNSON

I, Edward E. Johnson, declare as follows:

1. I am an attorney admitted to the Bar of the State of California and to the Bar of this Court. I am an Associate at the law firm of Sullivan & Cromwell LLP, counsel to Defendants j2 Global, Inc. and Advanced Messaging Technologies, Inc. (collectively, "j2") in this action. I submit this Declaration in support of j2's Motion to Dismiss Pursuant to Rule 12(b)(6) or, in the Alternative, to Transfer Venue. I have personal knowledge of the facts set forth herein, and, if called to testify, could and would testify competently thereto.

2. Attached hereto as Exhibit A is a true and correct copy of the September 1, 2011 order granting in part and denying in part Catch Curve and j2's Motion to Dismiss, in the action titled *Catch Curve, Inc.* v. *Integrated Global Concepts, Inc.*, No. CV 1:06-CV-2199-AT (N.D. Ga. Sept. 1, 2011) (Dkt. No. 139).

3. Attached hereto as Exhibit B is a true and correct copy of the June 30, 2000 Agreement of Understanding between JFAX (j2's predecessor) and IGC.

4. Attached hereto as Exhibit C is a true and correct copy of the November 29, 2000 Software License Agreement between JFAX (j2's predecessor) and IGC.

5. Attached hereto as Exhibit D is a true and correct copy of Defendants IGC and Meixler Technologies, Inc.'s First Amended Answer and Affirmative Defenses and Defendant IGC's First Amended Counterclaims for Patent Invalidity, Non-Infringement, Unenforceability, and for Antitrust and Other Violations, dated May 13, 2008, in the action titled *Catch Curve, Inc.* v. *Integrated Global Concepts, Inc.*, No. CV 1:06-CV-2199-AT (N.D. Ga. May 13, 2008) (Dkt. No. 85).

6. Attached hereto as Exhibit E is a true and correct copy of a July 8, 2011 letter from Robert Schneider of Chapman & Cutler LLP, counsel for IGC, to the Honorable Amy Totenberg, United States District Judge for the Northern District of Georgia.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 24th day of August, 2012 at Los Angeles, California.

_____
Edward E. Johnson