Todd J. Dressel (State Bar No. 220812)
CHAPMAN AND CUTLER LLP
595 Market Street, 26th Floor
San Francisco, CA  94105
Telephone:    (415) 278-9088
Facsimile:    (415) 541-0506
dressel@chapman.com

Robert Schneider *(Admitted Pro Hac Vice)*
CHAPMAN AND CUTLER LLP
111 West Monroe Street
Chicago, IL  60603
Telephone:    (312) 845-3000
Facsimile:    (312) 516-1900
bschneid@chapman.com

Attorneys for Integrated Global Concepts, Inc.

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| INTEGRATED GLOBAL CONCEPTS, INC.,<br>    Plaintiff<br>        v.<br>J2 GLOBAL, INC. F/K/A JFAX.COM and ADVANCED MESSAGING TECHNOLOGIES, INC.<br>    Defendants. | Case No. 12-CV-03434 RMW<br><br>**STIPULATION TO EXTEND BRIEFING SCHEDULE REGARDING DEFENDANTS J2 GLOBAL, INC. AND ADVANCED MESSAGING TECHNOLOGIES, INC.'S MOTION TO DISMISS COMPLAINT PURSUANT TO RULE 12(b)(6) OR, IN THE ALTERNATIVE, TO TRANSFER VENUE (Civil L.R. 6-2)** |

STIPULATION TO EXTEND BRIEFING
SCHEDULE - 12-CV-03434 RMW

**STIPULATION**

Pursuant to Local Rule 6-2, Plaintiff Integrated Global Concepts, Inc. ("IGC") and Defendants j2 Global, Inc. f/k/a JFAX.Com and Advanced Messaging Technologies, Inc., by and through their respective counsel, hereby stipulate and agree that the time for IGC to file its response to the Defendants' Motion to Dismiss Complaint Pursuant to Rule 12(b)(6) or, in the Alternative, To Transfer Venue (the "Motion"), be extended by seven (7) days, to and including September 14, 2012, and that the time for Defendants to file their reply in support of the Motion be extended by seven (7) days, to and including September 28, 2012.

In accordance with N.D. Cal. General Order No. 45, Section X, the filer of this document hereby attests that the concurrence to the filing of this document has been obtained from the other signatory hereto.

DATED: August 30, 2012.

Respectfully submitted,

CHAPMAN AND CUTLER LLP

By: ___*s/ Todd J. Dressel*___
      Todd J. Dressel (SBN 220812)

Attorneys for INTEGRATED GLOBAL CONCEPTS, INC.

Respectfully submitted,

SULLIVAN & CROMWELL LLP

By:  *s/ Robert A. Sacks*
     Robert A. Sacks (SBN 150146)

Attorneys for j2 GLOBAL, INC. F/K/A JFAX.COM and ADVANCED MESSAGING TECHNOLOGIES, INC

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: F⊕⊞F⊞G

/s/ Ronald M. Whyte
Hon. Ronald M. Whyte
United States District Judge