Robert A. Sacks (SBN 150146)
sacksr@sullcrom.com
Brian R. England (SBN 211335)
englandb@sullcrom.com
Edward E. Johnson (SBN 241065)
johnsonee@sullcrom.com
SULLIVAN & CROMWELL LLP
1888 Century Park East, Suite 2100
Los Angeles, California 90067-1725
Tel.:   (310) 712-6600
Fax:   (310) 712-8800

Frank L. Bernstein (SBN 189504)
fbernstein@kenyon.com
KENYON & KENYON LLP
1801 Page Mill Road, Suite 210
Palo Alto, California 94304-1216
Tel.:   (650) 384-4688
Fax:   (650) 384-4701

*Attorneys for Defendants j2 Global, Inc. and
Advanced Messaging Technologies, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| INTEGRATED GLOBAL CONCEPTS, INC., <br><br> Plaintiff, <br><br> v. <br><br> J2 GLOBAL, INC. and ADVANCED MESSAGING TECHNOLOGIES, INC., <br><br> Defendants. | Case No. CV 12-03434 RMW <br><br> **ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |

1      Pursuant to Civil Local Rule 3-12 of this Court, Defendants j2 Global, Inc. and Advanced Messaging Technologies, Inc. (together, "j2") hereby submit this Administrative Motion to consider whether this action is related to the action captioned *j2 Global, Inc.* v. *Integrated Global Concepts, Inc.*, Case No. CV 13-02971 EJD (the "'980 Case").

      The '980 Case was filed June 27, 2013. It was originally assigned to Magistrate Judge Donna M. Ryu. On July 12, 2013, it was reassigned to the Hon. Edward J. Davila.

      Under Local Rule 3-12(a), an action is related to another if (i) "[t]he actions concern substantially the same parties, property, transaction or event" and (ii) "[i]t appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges." Here, both criteria are met.

      First, this action and the '980 Case, both patent infringement actions, involve the same parties—j2 and Integrated Global Concepts, Inc. The parties will also be represented by the same attorneys in both cases—Sullivan & Cromwell and Kenyon & Kenyon for j2 and Chapman & Cutler for IGC. Second, this action and the '980 Case involve the same instrumentality accused of infringement: IGC's MaxEmail Internet service. Consequently, conducting the cases before different judges will result in unnecessary duplication of effort.

      In this action, j2 is asserting that IGC's MaxEmail Internet fax service infringes four patents. In the '980 Case, j2 is asserting that the same Internet fax service infringes U.S. Patent Number 6,020,980 (the "'980 Patent"). Thus the two actions involve the same parties and the same accused service, and will require the presiding judge to become familiar with Internet fax technology and the marketing and financial aspects of the Internet fax business. In addition, IGC may assert a license defense in the '980 Case, based on the Agreement of Understanding,

1  raising factual and legal issues similar to those raised in IGC's Breach of Contract
2  claim in this action.
3        Given the overlapping factual and legal issues, j2 respectfully requests
4  that the '980 Case be deemed related to this action and reassigned to this Court.

6  Dated: July 12, 2013                 Respectfully submitted,

8                                       /s/ Robert A. Sacks
                                      _____
                                     Robert A. Sacks (SBN 150146)
                                     Brian R. England (SBN 211335)
                                     Edward E. Johnson (SBN 241065)
                                     SULLIVAN & CROMWELL LLP
                                     1888 Century Park East, Suite 2100
                                     Los Angeles, California 90067-1725
                                     (310) 712-6600
                                     (310) 712-8800 facsimile

                                     Frank L. Bernstein (SBN 189504)
                                     KENYON & KENYON LLP
                                     1801 Page Mill Road, Suite 210
                                     Palo Alto, CA 94304-1216
                                     (650) 384-4688
                                     (650) 384-4701 facsimile

                                   *Attorneys for Defendants j2 Global, Inc. and Advanced Messaging Technologies, Inc.*